UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00222

**Gregory Cash Chappell,**
*Petitioner,*

v.

**Sheriff Botie Hillhouse,**
*Respondent.*

# ORDER

Petitioner, a former inmate confined within the Smith County Jail, filed this pro se habeas action under 28 U.S.C. § 2254. Doc. 1. The case was referred to a magistrate judge (Doc. 2) who issued a report recommending that the court dismiss the petition without prejudice for failure to comply with a court order and deny petitioner a certificate of appealability sua sponte. Doc. 5 at 2.

On April 23, 2025, the court mailed a copy of the report to petitioner at his last-known address. On May 9, 2025. the mail was returned as undeliverable, noting that petitioner was "No Longer At This Address." Doc. 6. Petitioner has not filed written objections or otherwise communicated with the court since the filing of his petition.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Accordingly, the petition is dismissed without prejudice and petitioner is denied a certificate of appealability sua sponte. Any pending motions are denied as moot.

- 2 -

*So ordered by the court on December 15, 2025.*

_____
J. CAMPBELL BARKER
United States District Judge